## INDEX OF EXHIBITS

| | | |
|---|---|---|
| Exhibit | A | Promissory Note to Plaintiff |
| Exhibit | B | Security Agreement in favor of Plaintiff |
| Exhibit | C-1 | UCC-1 filed against Monroe |
| | C-2 | UCC-1 filed against Saginaw |
| | C-3 | UCC-1 filed against Adrian |
| | C-4 | UCC-1 filed against Hastings |
| Exhibit | D | First Amendment and Forbearance Agreement |
| Exhibit | E | Plaintiff's Notice of Default |
| Exhibit | F | Security Agreement in favor of Capital One, M.A. |
| Exhibit | G | Loan Purchase Agreement |
| Exhibit | H-1 | UCC Assignment to Plaintiff for Monroe |
| | H-2 | UCC Assignment to Plaintiff for Saginaw |
| | H-3 | UCC Assignment to Plaintiff for Adrian |
| | H-4 | UCC Assignment to Plaintiff for Hastings. |
| Exhibit | I-1 | Landlord Notice of Default to Monroe |
| | I-2 | Landlord Notice of Default to Saginaw |
| | I-3 | Landlord Notice of Default to Adrian |
| | I-4 | Landlord Notice of Default to Hastings |
| Exhibit | J-1 | Landlord Demand For Possession To Monroe |
| | J-2 | Landlord Demand For Possession To Saginaw |
| | J-3 | Landlord Demand For Possession To Adrian |
| | J-4 | Landlord Demand For Possession To Hastings |
| Exhibit | K-1 | Landlord-Tenant Judgment on Monroe |
| | K-2 | Landlord-Tenant Judgment on Saginaw |
| | K-3 | Landlord-Tenant Judgment on Adrian |
| | K-4 | Landlord-Tenant Judgment on Hastings |