UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MW CAPITAL FUNDING, INC., a
Delaware corporation,

    Plaintiff,

v.

MAGNUM HEALTH AND REHAB OF
MONROE LLC, a Delaware limited
liability company, MAGNUM HEALTH
AND REHAB OF SAGINAW LLC, a
Delaware limited liability company,
MAGNUM HEALTH AND REHAB OF
ADRIAN LLC, a Delaware limited
liability company, and MAGNUM
HEALTH AND REHAB OF HASTINGS
LLC, a Delaware limited liability
company,

    Defendants.
_____/

Case No. 16-14459
Hon. George Caram Steeh
Magistrate Mona K. Majzoub

## ORDER GRANTING MOTION FOR EMERGENCY STATUS CONFERENCE [Doc. 47]

Creditor and interested party Michigan Department of Health and Human Services ("Department"), pursuant to the Consent Order entered in this case (Dkt. No. 7) and Fed. R. Civ. P. 66, filed a motion requesting an emergency status conference before the Court at its earliest convenience. The asserted basis for the urgency of the need for

a status conference is the extraordinary financial crises affecting the Defendants' facilities and the Department's reasonable and in good faith belief, through communication with the Receiver, the Receiver's management company, and other state and federal regulatory authorities, of possible and imminent adverse impacts from the financial issues on patient well-being and health.

Under Local Rule 7.1, the Department states that the Receiver and Interested Party MI Rosdev Property, L.P. (or an affiliated entity) do not oppose the relief sought, and the counsel for the Plaintiff is unable to discuss with the Plaintiff at the time of the Department's motion. Therefore, after review of the Department's motion, and any responses thereto,

IT IS HEREBY ORDERED that all parties, interested parties, or other agencies or entities with regulatory authority over the Defendants, shall appear before the Court on **May 24, 2018 at 11:00 AM** for a status conference.

s/George Caram Steeh
U.S. District Judge

Dated: May 17, 2018