UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MW CAPITAL FUNDING, INC.,

    Plaintiff,

v.

MAGNUM HEALTH AND REHAB
OF MONROE, LLC, *et al.,*

    Defendants.
_____/

Case No. 16-14459

HON. GEORGE CARAM STEEH

## ORDER GRANTING THE MICHIGAN LONG TERM CARE OMBUDSMAN PROGRAM'S MOTION TO INTERVENE (DOC. 78)

Before the court is the Michigan Long Term Care Ombudsman Program's motion to intervene, which is unopposed. The court issued an order to show cause why the motion should not be denied as moot. The Michigan Ombudsman Program responded to the order to show cause on July 2, 2018. The Ombudsman Program also filed a report on July 10, 2018, regarding the conditions that affect the health, safety, and well-being of residents in the three remaining Magnum facilities. The court is satisfied that the Ombudsman Program's motion is not moot and that it has met the requirements for intervention as of right and permissive intervention. *See* Fed. R. Civ. P. 24(a)(2) and (b)(1)(A).

Therefore, IT IS HEREBY ORDERED that the Michigan Long Term Care Ombudsman Program's motion to intervene is GRANTED.

Dated: September 12, 2018

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 12, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk