UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MW CAPITAL FUNDING, INC.,

    Plaintiff,

v.

MAGNUM HEALTH AND REHAB
OF MONROE, LLC, *et al.*,

    Defendants.

_____/

Case No. 16-14459

HON. GEORGE CARAM STEEH

## ORDER GRANTING MICHA US, LLC'S MOTION TO INTERVENE (DOC. 102)

Before the court is MICHA US, LLC's motion to intervene, which is unopposed. MICHA is the new debt holder and has the exclusive right to acquire the assets of Defendants that are currently under receivership. Having reviewed the matter, the court finds that MICHA is "so situated that disposing of the action may as a practical matter impair or impede [its] ability to protect its interest." Fed. R. Civ. P. 24(a)(2).

Accordingly, IT IS HEREBY ORDERED that MICHA's motion to intervene is GRANTED.

Dated: September 12, 2018      s/George Caram Steeh
    GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 12, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk