UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MW CAPITAL FUNDING, INC.,

    Plaintiff,

v.

MAGNUM HEALTH AND REHAB
OF MONROE, LLC, *et al.,*

    Defendants.
_____/

Case No. 16-14459

HON. GEORGE CARAM STEEH

ORDER GRANTING MICHA'S MOTION FOR APPROVAL
OF BOND (DOC. 144) AND STAYING PROCEEDINGS
TO ENFORCE THE BENCHMARK ORDER (DOC. 131)

MICHA US, LLC, seeks approval of its stay bond pursuant to Federal Rule of Civil Procedure 62(b), which provides that a "party may obtain a stay by providing a bond or other security. The stay takes effect when the court approves the bond or other security . . . ." *Id.* MICHA has obtained a bond from Great American Insurance Company in the amount of $1,398,959, which the court finds to be satisfactory. *See* Doc. 144-2.

IT IS HEREBY ORDERED that MICHA'S motion for approval of bond

(Doc. 144) is GRANTED and that proceedings to enforce the Benchmark order (Doc. 131) are STAYED.

Dated:  April 11, 2019

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 11, 2019, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk