UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MW CAPITAL FUNDING, INC.,
a Delaware corporation,

       Plaintiff,

v.

MAGNUM HEALTH AND REHAB
OF MONROE LLC, *et al.*,

       Defendants.
_____/

Case No. 16-14459

Hon. George Caram Steeh

ORDER APPROVING RECEIVER'S FINAL ACCOUNTING
AND REPORT AND DENYING WITHOUT PREJUDICE
RECEIVER'S MOTION FOR DISCHARGE (DOC. 121)

Before the court is the Receiver's motion for an order approving the Receiver's final accounting and discharging the Receiver (Doc. 121). Having reviewed the record, the court approves the Receiver's final accounting and report, as updated in the Receiver's supplemental brief (Doc. 158). The Receiver is authorized to disburse funds as follows:

1. The Receiver is authorized to pay the outstanding balance of Receiver fees due, currently estimated at $128,015.

2. The Receiver is authorized to pay CMS obligations in the amount of $219,441.

3. The Receiver is authorized to remit to the New Debt Holder (MICHA)

the remaining cash held by Receiver, currently estimated to be $311,971.70 after payment to CMS and Trigild, Inc.

4. The Receiver is authorized to collect any remaining deposits and receivables and to pay the remaining expenses of the Receiver and forward any funds remaining after payment to New Debt Holder.

5. All objections to the Receiver's payment or non-payment of funds are overruled.

In light of the remaining issues regarding Benchmark's entitlement to payment, including MICHA's motion to file a complaint against Benchmark, the court is not prepared to discharge the Receiver at this time.

IT IS HEREBY ORDERED that the Receiver's final accounting and report is APPROVED.

IT IS FURTHER ORDERED that the Receiver's motion for discharge (Doc. 121) is DENIED WITHOUT PREJUDICE.

Dated: July 31, 2019

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 31, 2019, by electronic and ordinary mail.

s/Marcia Beauchemin
Deputy Clerk